HONORABLE __KEITH P. ELLISON__, Presiding at the Laredo Division

CASE MANAGER: __Terry De Hoyos__      COURT REPORTER: __Val Castano__

USPO: _None_                          USM: __Art Thomas__

INTERPRETER: Louie Marquez ( Not Used)      SET: __11:00 a.m.__

_11:00 a.m._ / __12:00 noon__ A.M/ P.M.      DATE: __7/30/04__

| | | |
|---|---|---|
| CRIMINAL NO __5:03-CR-1941__ | DEFT | (06)(07)(09)(10) |

UNITED STATES OF AMERICA      §      AUSA Marina Marmolejo

V.      §

George Adrian Hernandez, Marco Antonio Morales,      §      Luis A. Figueroa, F. Javier Montemayor

John Wildenberg, Jimmie Lee Thomas      David Almaraz, Alonzo Ramos

## HEARING

☑ KMHRGH.      Motion hearing held.

☑      Hearing held on __Motion in Limine, Motion for Severance, Objections and other issues pending trial on Wednesday, 8/4 at 8:30 a.m.__

☑      Evidence presented (exhibits admitted or testimony given):
__testimony by both parties__

☑      Order to be entered

☐      All motions not expressly decided or denied without prejudice to being reurged.

☐ kjytrl.      Jury trial set_____at_____

☐ DCNTGVMOT      Ct(s) _____ dismissed on Government's oral Motion.

☐ kcallhrg . . . . . . .      **Call Hearing** for sentence; Case reset for _____ at _____ AM/PM

☑ . . . . . . . . . . . .      Bond Continued

☐ . . . . . . . . . . . .      Bond Revoked      ☐ Bond Forfeited      *Mr. Ramos appeared telephonically*

☑ . . . . . . . . . . . .      REMANDED to custody of U. S. Marshal      *and waived presence of deft.*
*All other parties were present.*

☑ OTHER:      __Motion in Limine is granted.  Discovery/Objection as to authentication -- Mr. Almaraz and__
Figueroa agreed to bring custodian record or file.  As to Mr. Brown's letter, this letter will not be used at trial.  The
Court agreed that the letter would be used only if Mr. Brown testifies.  Mr. Ramos advised the Court that Mr.
Thomas and Mr. Ramirez do not know each other.  Mr. Ramos also requested from the Court an Identity Hearing.
The Court advised Mr. Ramos to present himself early prior to Jury Selection on Wednesday and a hearing might
be done but that it would go under advisement.  As to the Motion for Serverance, the Court denied motion and
advised Mr. Almaraz that trial would continue with all defendants.  As to the Court's Jury Instructions, all parties
agreed to use the Bifurcated Form.  The Court agreed with parties.  The AUSA advised the Court that she was
bringing 40 witnesses and this trial would only last one week.   The Court adjourned at 12:00 noon.