

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS
LAREDO, TEXAS 78042

United States District Court
Southern District of Texas
FILED

AUG 0 4 2004

Michael N. Milby, Clerk

UNITED STATES OF AMERICA §
§
§
vs. §
§ CASE NO. L-03-CR-1941
§
§
JORGE ADRIAN HERNANDEZ (06) §
MARCO ANTONIO MORALES (07)
JOHN WILDENBERG (09)
JIMMIE LEE THOMAS (10)

## PEREMPTORY CHALLENGES

After a jury panel has been duly qualified and voir dire examination has been conducted, _Government_ a party herein, now makes the following peremptory challenges:

| JUROR'S NAME | JUROR'S NUMBER |
|---|---|
| Herminia Ramirez | #5 ✓✓ |
| San Juanita Almazan | #11 ✓ |
| ~~Ana Laura Perez~~ | ~~#10~~ NA ✓ |
| Eduardo Flores | #19 ✓ |
| Jose Perez | #23 ✓ |
| Jesus Villalobos | #30 ✓ |
| Graciela Rodman | #51 ✓ |
| Daniel Solis | #21 ✓ |
| Brenda Flores | #12 NA |

8/4/2004

Attorney or Pro Se Party



178