UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| JORGE HERNANDEZ, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. L-07-149 |
| | § | CRIMINAL CASE NO. L-03-1941-6 |
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Respondent. | § | |

# **FINAL JUDGMENT**

For the reasons stated in this Court's *Opinion and Order* of even date, Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 is **DISMISSED.** Should Petitioner seek a certificate of appealability, the same is **DENIED**.

IT IS SO ORDERED.

SIGNED this 2nd day of April, 2008.

_____
Micaela Alvarez
United States District Judge