UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 5:03-CR-1941 |
| | § | |
| JULIAN PAUL RAMIREZ; aka FLACO, | § | |
| *et al*, | § | |

## ORDER OF RECUSAL

The undersigned judge recuses herself in the above styled and numbered cause.

**SIGNED** this 10th day of February, 2015.

Marina Garcia Marmolejo
United States District Judge