United States District Court
Southern District of Texas
FILED

FEB 19 2015

David J. Bradley, Clerk
Laredo Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 5:03-CR-01941-06 |
| | § | |
| JORGE ADRIAN HERNANDEZ | § | |

## ORDER TO CLERK OF THE COURT TO RELEASE DOCUMENT TO COUNSEL

THE Court hereby orders the Clerk of the Court to Release the Statement of Reasons

(Docket 241) to counsel Roberto Balli and provide it to him by:

( ✔ )   email: robertoballi@sbcglobal.net   *OR*

( ✔ )   FAX: (956) 724-5830   *OR*

( ✔ )   U.S. Mail:   Roberto Balli
                      P.O. Box 1058
                      Laredo, Texas 78042

Signed on ___FEB. 19___, 2015.

_____
JUDGE PRESIDING